GARY R. BASHAM, ESQ. (SBN 130119)
KELLEY S. KERN, ESQ. (SBN 221265)
MEAGAN D. CHRISTIANSEN, ESQ. (SBN 240679)
BASHAM PARKER LLP
701 University Avenue, Suite 220
Sacramento, CA  95825
Telephone:   (916) 925-5850
Facsimile:    (916) 925-5854

Attorneys for Defendant
PRIME TIME INTERNATIONAL COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER ROSSI,<br><br>              Plaintiff,<br><br>      v.<br><br>PRIME TIME INTERNATIONAL COMPANY, and DOES 1 through 20, inclusive,<br><br>              Defendants. | CASE NO.  2:09-CV-02711-JAM-EFB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: August 25, 2009 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby stipulated by the parties that Plaintiff's above-captioned action against Defendants, and all claims therein, shall be dismissed with prejudice, each party to bear their own costs.

IT IS SO STIPULATED:

Dated:  October ___, 2010                                                  BASHAM PARKER LLP


                                                                                         _____
                                                                                         GARY R. BASHAM
                                                                                         KELLEY KERN
                                                                                         Attorneys for Defendant
                                                                                         PRIME TIME INTERNATIONAL
                                                                                         COMPANY

1

PDF created with pdfFactory trial version www.pdffactory.com

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: October ___, 2010                                      MOSS & HOUGH

                                                              _____
                                                              GARY E. MOSS
                                                              MARY PATRICIA HOUGH
                                                              Attorneys for Plaintiff
                                                              PETER ROSSI

### ORDER

Upon proof being made to the satisfaction of the Court, and good cause appearing therefore,

IT IS SO ORDERED that Plaintiff's action against Defendants is dismissed.

Dated: November 4, 2010                                       /s/ John A. Mendez_____
                                                              JUDGE JOHN A. MENDEZ

PDF created with pdfFactory trial version www.pdffactory.com